IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                                   CIV-S-05-2591 DFL GGH

      vs.

JACKIE C. MARTINEZ, et al.,

      Defendants.                                 <u>ORDER</u>

_____/

        On October 3, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that:

2  1. The Proposed Findings and Recommendations filed October 3, 2006, are

3  ADOPTED;

4  2. Plaintiffs' motion for entry of default judgment is GRANTED as to Steve

5  Martinez and Jackie Martinez. Judgment is rendered in the amount of $8,000;

6  3. Defendants Does 1 through 10 are dismissed from this action.

7  DATED: 11/22/2006

DAVID F. LEVI
United States District Judge